# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pamela Anne Potts,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:18-cv-01566-EPG<br><br>ORDER GRANTING STIPULATED EXTENSION OF TIME<br><br>(ECF No. 13) |

Pursuant to the stipulation of the Parties (ECF No. 13), and finding good cause exists, IT IS ORDERED that Plaintiff shall have a 30-day extension of time, from July 1, 2019, to July 31, 2019, to file her opening brief. All subsequent dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

　　Dated: **June 18, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1