UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA ANNE POTTS,<br>　　　　Plaintiff,<br>　　v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>　　　　Defendant. | CIVIL NO. 1:18-cv-01566-EPG<br><br>**ORDER OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT**<br><br>**(ECF No. 16)** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 16),

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. Upon remand, the Office of Hearing Operations shall remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **August 27, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE